<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

**No. 01-7540**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DUVALL HUCKS,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Alexander Williams, Jr., District Judge. (CR-95-267-AW, CA-00-2970-AW)

Submitted: January 30, 2002          Decided: March 11, 2002

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Duvall Hucks, Appellant Pro Se. Barbara Suzanne Skalla, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Duvall Hucks seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] United States v. Hucks, Nos. CR-95-267-AW; CA-00-2970-AW (D. Md. Aug. 28, 2001).  We deny Hucks' Motion Pursuant to Fed. R. Crim. P. 12(b)(2).  United States v. Kinter, 235 F.3d 192, 199-201 (4th Cir. 2000), cert. denied, ___ U.S. ___, 121 S. Ct. 1393 (2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Upon review of the entire record, we reject all of Hucks' claims concerning an alleged conflict of interest on the part of his first counsel.